United States District Court
Southern District of Texas
FILED

AUG   8 2008

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATE OF AMERICA    |
                                 |

VS.                               |       **CRIMINAL NO. H-08-323**
                                 |         **Judge Nancy Atlas**

VIKTOR LY                      |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

     Comes now the defendant VIKTOR LY, through counsel and request and states as follows:

### 1.

     VIKTOR LY, has been at liberty on a $50,000.00 appearance bond with a $5,000.00 deposit signed by him and his mother, since May 30, 2008.

### 2.

     Since his release the defendant has been working at his regular occupation in retail furniture sales.  In this connection he works with builders and decorators in Dallas, Austin and San Antonio, Texas in furnishing show houses.  He would like to be free to travel to these cities.

### 3.

     Counsel for defendant has conferred with Assistant United States Attorney Greg Costa and he stated he does not oppose this motion.

c:\crmlmotion\.bond

Respectfully Submitted,

Victor R. Blaine
Bar 024/13000
1010 Lamar, Suite 1320
Houston, Texas 77002
Tel:  (713)  222-6681
Fax:  (713)  650-8822

c:\crmlmotion\.bond

## **CERTIFICATE OF SERVICE**

I certify that a true copy of this Motion was forwarded to the Assistant United States Attorney in charge of the case on the ___7th___ day of August, 2008.

Victor R. Blaine

c:\crmlmotion\.bond